## MEMORANDUM DECISIONS.

ABRAMS v. TAYLOR et al. (two cases). (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Actions by Walter Abrams against John A. Taylor and Margaret L. Taylor. No opinion. Order of the County Court of Nassau county affirmed, with $10 costs and disbursements.

ABRAMS, Appellant, v. TAYLOR et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by Walter Abrams against John A. Taylor and Margaret L. Taylor. No opinion. Judgment and order of the County Court of Nassau county affirmed, with costs.

ADAMS et al., Respondents, v. ADAMS, Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by William C. Adams and others against Samuel F. Adams. D. McClure, for appellant. P. Merrill, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

ADAMS et al., Respondents, v. ELWOOD et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 5, 1905.) Action by Mary Ann Adams and Alfred D. Fohs, as executors, etc., of Walter Adams, deceased, against George A. Elwood and others. No opinion. Motion denied.

ACKEN v. COUGHLIN. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Thomas M. Acken against Edward W. Coughlin. No opinion. Motion granted to the extent stated in memorandum per curiam.

ALBAN v. PRESS PUB. CO. (Supreme Court, Appellate Division, First Department. April 14, 1905.) Action by Gaetano Alban against the Press Publishing Company. Motion denied.

ALBERTSON, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by Townsend Albertson against the Brooklyn Heights Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

ALDEN v. WRIGHT & COBB CO. (Supreme Court, Appellate Division, First Department. May 12, 1905.) Action by Frank G. Alden against Wright & Cobb Company. No opinion. Motion denied.

ALEXANDER et al., Appellants, v. BALDWIN et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by Morris L. Alexander and others against Eugene H. Baldwin and another. No opinion. Order affirmed, with $10 costs and disbursements.

ALYEA, Appellant, v. ELIAS, Respondent. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by William Alyea against Joseph Elias.
PER CURIAM. Order modified by inserting a provision requiring the defendant, as a condition of the new trial, to pay the costs of the trial already had and all disbursements in the action to the date of the order, and, as modified, order affirmed, without costs.

AMERICAN MORTG. CO., Appellant, v. MERRICK CONST. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 20, 1905.) Action by the American Mortgage Company against the Merrick Construction Company. W. F. Earp, for appellant. A. M. Johnson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

AXELROD v. NEW YORK CITY RY. CO. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Action by Gazelle Axelrod against the New York City Railway Company. No opinion. Motion denied, on payment of $20 costs.

BARNES, Respondent, v. NEW YORK ELECTRIC VEHICLE TRANSP. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by James Barnes against the New York Electric Vehicle Transportation Company. E. L. Richardt, for appellant. B. Tolles, for respondent.
PER CURIAM. Judgment and order affirmed, with costs.
McLAUGHLIN, J., dissents.

BEERS, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by Sarah F. Beers against the Metropolitan Street Railway Company. No opinion. Motion denied.

BENYAKAR v. SCHERZ. (Supreme Court, Appellate Division, First Department. May 20, 1905.) Action by Isaac Benyakar against John L. Scherz. No opinion. Motion denied, with $10 costs.

BERENDT, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Nathalius Berendt against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.